## MATHIS V. THE STATE.

(Decided June 18, 1908.)

APPEAL from Pike Circuit Court.

Heard before Hon. H. A. PEARCE.

No counsel marked for the appellant. ALEXANDER M. GARBER, Attorney General, for the State.

ANDERSON, J. Affirmed on the record.

TYSON, C. J., DOWDELL and McCLELLAN, JJ., concur.

## LAYTON V. WRIGHT.

(Decided June 30, 1908.)

APPEAL from Henry Circuit Court.

Heard before Hon. A. A. EVANS.

P. A. McDANIEL, for appellant. R. W. MILLER, for appellee.

ANDERSON, J. Affirmed upon authority of *Chambers v. Morris, infra.*

TYSON, C. J., SIMPSON, and DENSON, JJ., concur.